

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00106-CV

Andy Reyes
v.
Hochheim Prairie Farm Mutual Insurance Association

On appeal from the
135th District Court of Victoria County, Texas
Trial Cause No. 18-07-82930-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed with prejudice. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are adjudged against the party incurring same.

We further order this decision certified below for observance.

July 25, 2019